1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9    AARON SMART,                          Case No. 1:20-cv-00144-JDP

10            Plaintiff,

11        v.                               ORDER TO SHOW CAUSE WHY THIS
                                           CASE SHOULD NOT BE DISMISSED FOR
12    NAVRROW, *et al.*,                   FAILURE TO PROSECUTE, FAILURE TO
                                           STATE A CLAIM, AND FAILURE TO
13            Defendants.                  COMPLY WITH A COURT ORDER

14                                         FORTY-FIVE DAY DEADLINE

15

16        Plaintiff Aaron Smart is a state prisoner proceeding without counsel in this action.

17   Plaintiff's complaint was screened on April 9, 2020, and plaintiff was ordered to file a first

18   amended complaint within sixty days. *See* ECF No. 14.  Plaintiff has not yet done so.

19        To manage our docket effectively, we impose deadlines and require litigants to meet

20   those deadlines.  When a plaintiff fails to comply with court-imposed deadlines, the court may

21   dismiss the plaintiff's case for failure to prosecute.  *See* Fed. R. Civ. P. 41; *Hells Canyon Pres.*

22   *Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our

23   sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at

24   least under certain circumstances.").  Involuntary dismissal is a harsh penalty, but the court has

25   a duty to administer justice expeditiously and avoid needless burden for the parties.  *See*

26   *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

27        We will give plaintiff an opportunity to explain why the court should not dismiss his

28

1

1   case for failure to prosecute and failure to state a claim.  Plaintiff's failure to respond to this

2   order will constitute another failure to comply with a court order and will result in dismissal of

3   this case.  Accordingly, plaintiff must show cause within forty-five days of the date of entry of

4   this order why the court should not dismiss his case for failure to state a claim and failure to

5   prosecute.  Should plaintiff wish to continue with this lawsuit, plaintiff should also file a first

6   amended complaint.

7

8   IT IS SO ORDERED.

9

    Dated:    June 22, 2020

10                                                        UNITED STATES MAGISTRATE JUDGE

11

12   No. 205.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28